UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEVIN M. ROBINSON,

        Plaintiff,

v.                                        Case No. 18-C-763

MICHELLE MAE GREEN,
and MILWAUKEE COUNTY JAIL,

        Defendants.

**ORDER**

On May 18, 2018, Plaintiff Kevin M. Robinson filed a civil rights complaint under 42 U.S.C. § 1983 along with a motion for leave to proceed without prepaying the filing fee under 28 U.S.C. § 1915. ECF Nos. 1, 2. Robinson filed two requests for extensions of time to file with the Clerk of Court his certified trust account statement from Dodge Correctional Institution in support of his motion, both of which were granted. ECF Nos. 9, 11. On December 7, 2018, having received no certified trust account statement, Magistrate Judge Nancy Joseph issued another order again giving Robinson additional time to file his certified trust account statement or explain why he could not do so. ECF No.13. Judge Joseph warned Robinson that the case would be dismissed if he failed to do either of those options by December 21, 2018. *Id.* To date, Robinson has not complied with the court's order or otherwise communicated to the court why he could not comply. Therefore, the court will dismiss this case without prejudice based on Robinson's failure to diligently prosecute. Civ. L. R. 41(c) (E.D. Wis.).

**IT IS THEREFORE ORDERED** that this case is **DISMISSED** without prejudice for failure to diligently prosecute.

**SO ORDERED** this 27th day of December, 2018.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court